# Court of Appeals
# of the State of Georgia

ATLANTA, August 27, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0191. MILES COLLINS v. THE STATE.**

In 2022, Miles Collins was indicted on multiple charges including felony murder. In 2023, the trial court declared a mistrial, after which Collins filed a plea in bar. The court denied the plea in bar in May 2024, and Collins filed this pro se appeal.

The Supreme Court of Georgia has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of felony murder, jurisdiction over this appeal lies in the Supreme Court. See OCGA § 16-5-1 (c), (e) (1); *State v. Murray*, 286 Ga. 258, 259 (1) (687 SE2d 790) (2009) (where the murder count of an indictment remains pending, jurisdiction of an appeal from a pre-conviction order lies in the Supreme Court); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer to the Supreme Court "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder, and all pre-conviction appeals in murder cases"), overruled in part on other grounds as recognized in *Elliott v. State*, 305 Ga. 179, 205 (III) (C) (i) (824 SE2d 265) (2019).

Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 08/27/2024

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*